*Drennan J. Slater, Amos M. Mathews* and *Arthur P. Bagby* for petitioner. *John J. McKay* for Hammill, respondent.

No. 474. COLBERT ET AL. *v.* BROTHERHOOD OF RAILROAD TRAINMEN ET AL. C. A. 9th Cir. Certiorari denied. *C. P. Von Herzen* for petitioners. *Clifton Hildebrand* for the Brotherhood of Railroad Trainmen et al., and *C. W. Cornell* and *Randolph Karr* for the Pacific Electric Railway Co., respondents.

No. 28, Misc. BEDNARIK *v.* ALVIS, WARDEN, ET AL. Petition for writ of certiorari to the Supreme Court of Ohio denied for the reason that the judgment below is based on state procedural grounds adequate to support it. Petitioner *pro se.* *C. William O'Neill,* Attorney General of Ohio, and *Thomas R. Lloyd,* Assistant Attorney General, for respondents.

No. 226, Misc. LEVY *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se.* *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 244, Misc. HALL *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *George W. Scofield* and *Nathan R. Graham* for petitioner.

No. 253, Misc. NEWMAN *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 269, Misc. KRELL *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.